# ELECTRONIC RECORD

456-15

COA #14-14-00211-CR

STYLE: Contina Felicia Means v The State of Texas

COA DISPOSITION: Affirmed

DATE: March 31, 2015   Publish: No

OFFENSE: Theft

COUNTY: Harris

TRIAL COURT: Co Crim Ct. at Law No 11

TC CASE #: 1916493

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Contina Felicia Means v The State of Texas

CCA # _____

___APPELLANT'S___   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___refused___

DATE: _July 29, 2015_

JUDGE: _PC_

CCA Disposition: **456-15**

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD